AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bryant, John S. | Middle District of Tennessee | 10/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

797 U.S. Courthouse
801 Broadway
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Middle Tennessee Council, Boy Scouts of America |
| 2. | Co-trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank accounts (aggregated) | A | Interest | N | T | | | | | |
| 2. Northwestern Mutual Life Ins. policies (aggregated) | | None | N | T | | | | | |
| 3. Metropolitan Life Flexible Premium Life Insurance | | None | L | T | | | | | |
| 4. Brokerage account #1 | | | | | | | | | |
| 5. -- American Funds Gp: Capital Income Builder Fund | B | Dividend | K | T | | | | | |
| 6. -- American Funds Gp: Growth Fund of America | A | Dividend | K | T | | | | | |
| 7. -- Anerican Funds Gp: Small Cap World Fund | A | Dividend | K | T | | | | | |
| 8. -- American Funds Gp: Washington Mutual Fund | A | Dividend | K | T | | | | | |
| 9. Berkshire Hathaway, Inc. class B common | | None | L | T | | | | | |
| 10. Wells Fargo & Co. common | A | Dividend | J | T | | | | | |
| 11. Janus Research Fund (IRA) | A | Dividend | M | T | | | | | |
| 12. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 13. Brokerage account #2 (Roll-over IRA) | | | | | | | | | |
| 14. --Accenture Ltd common | B | Dividend | M | T | | | | | |
| 15. -- Alphabet Inc. Class C common | | None | L | T | Sold (part) | 05/05/15 | J | A | |
| 16. -- Amazon.com common | | None | L | T | | | | | |
| 17. -- Apache Corp. common | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Berkshire Hathaway, Inc. class B common | | None | M | T | | | | | |
| 19. -- Apple Computer common | C | Dividend | M | T | | | | | |
| 20. -- AT&T, Inc. common | B | Dividend | K | T | | | | | |
| 21. -- Brookdale Sr. Living, Inc. | | None | K | T | | | | | |
| 22. --Caterpillar, Inc. common | B | Dividend | L | T | | | | | |
| 23. -- Celgene Corp. common | | None | K | T | Buy | 12/22/15 | K | | |
| 24. -- Chesapeake Energy common | A | Dividend | | | Sold | 09/11/15 | J | A | |
| 25. --Cisco Systems, Inc. common | B | Dividend | L | T | | | | | |
| 26. -- Comcast Corp. Special Class A common | A | Dividend | K | T | Buy | 08/05/15 | K | | |
| 27. -- Corrections Corp. of America common | D | Dividend | L | T | | | | | |
| 28. -- Delta Airlines Inc. common | A | Dividend | L | T | Buy | 06/11/15 | K | | |
| 29. -- Walt Disney Co. common | B | Dividend | M | T | | | | | |
| 30. -- Duke Energy Corp. common | C | Dividend | L | T | | | | | |
| 31. --Exxon Mobil Corp. common | C | Dividend | L | T | | | | | |
| 32. --General Electric Co. common | B | Dividend | K | T | | | | | |
| 33. -- HCA Holdings, Inc. common | | None | M | T | | | | | |
| 34. -- HCP, Inc. common | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Home Depot, Inc. common | C | Dividend | M | T | Sold (part) | 12/23/15 | K | E | |
| 36.  -- Intel Corp. common | C | Dividend | M | T | | | | | |
| 37.  -- Johnson & Johnson common | C | Dividend | M | T | | | | | |
| 38.  -- KKR & Co. LP common | B | Dividend | K | T | Buy | 03/10/15 | K | | |
| 39.  -- same as above | | | | | Buy (add'l) | 09/18/15 | K | | |
| 40.  -- Level 3 Communications common | | None | L | T | | | | | |
| 41.  -- Merck & Co. common | B | Dividend | L | T | | | | | |
| 42.  -- Microsoft, Inc. common | C | Dividend | M | T | | | | | |
| 43.  -- Mondelez International, Inc. common | A | Dividend | L | T | | | | | |
| 44.  -- Philip Morris International, Inc. common | C | Dividend | L | T | | | | | |
| 45.  -- Procter & Gamble Co. common | C | Dividend | L | T | | | | | |
| 46.  -- Republic Services, Inc. common | B | Dividend | L | T | | | | | |
| 47.  -- Royal Dutch Shell class A common | B | Dividend | K | T | | | | | |
| 48.  -- Schlumberger Ltd. common | C | Dividend | M | T | | | | | |
| 49.  -- Southwest Airlines Co. common | A | Dividend | K | T | Buy | 07/24/15 | K | | |
| 50.  --Sysco Corp. common | B | Dividend | K | T | Sold (part) | 07/16/15 | J | D | |
| 51.  -- Twenty-first Century Fox, Inc. class B common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- United Parcel Service, Inc. class B common | B | Dividend | L | T | | | | | |
| 53. -- United Technologies Corp. common | C | Dividend | M | T | | | | | |
| 54. -- Verizon Communications common | B | Dividend | K | T | Buy (add'l) | 01/07/15 | K | | |
| 55. -- Vodaphone Group PLC ADS common | B | Dividend | K | T | Sold (part) | 01/20/15 | K | A | |
| 56. -- Wal-Mart Stores, Inc. common | B | Dividend | L | T | | | | | |
| 57. -- Zoetis, Inc. | A | Dividend | K | T | | | | | |
| 58. -- ADT Corp. Notes -- NonCall 2.250% due 7-15-17 | A | Int./Div. | K | T | | | | | |
| 59. -- Brookdale Sr. Living Sr. Conv. Notes 2.75% due 6/15/18 | A | Int./Div. | K | T | | | | | |
| 60. -- Goldman Sachs Group, Inc. Notes due 8-15-17 | B | Int./Div. | K | T | | | | | |
| 61. -- St. Paul Travelers Inc. Senior Notes due 12-01-15 | B | Int./Div. | | | Sold | 12/01/15 | K | A | |
| 62. --Burlington Northern Corp. Sr. Notes (Berkshire Hathaway) | B | Int./Div. | K | T | | | | | |
| 63. -- Chesapeake Energy Corp. Sr. Notes 3.570% due 4-15-19 | A | Int./Div. | J | T | Buy | 02/18/15 | K | | |
| 64. -- Computer Sciences Corp. Sr. Notes 6.5% Due 3-15-18 | B | Int./Div. | K | T | | | | | |
| 65. -- HanesBrands, Inc. Sr. Notes -- Callable 12/15/15 | C | Int./Div. | L | T | | | | | |
| 66. -- HCA Sr. Notes 6.375% due 1/15/15 | B | Int./Div. | | | Sold | 01/15/15 | K | A | |
| 67. -- HCA Holdings -- callable 11/15/15 7.750% due 5-15-21 | B | Int./Div. | | | Sold | 06/05/15 | K | A | |
| 68. -- Icahn Enterprises LP/Corp. Sr. Notes callable 2-1-17 | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Icahn Enterprises LP/Corp. Sr. Notes callable 7/15/16 | B | Int./Div. | K | T | | | | | |
| 70. -- Metro Nashville Airport Authority Bonds | B | Int./Div. | K | T | | | | | |
| 71. -- United Rentals Inc. Sr. Notes callable 7/15/15 | B | Int./Div. | | | Sold | 04/13/15 | K | A | |
| 72. -- United Rentals Inc. Sr. Notes callable 5/15/16 @ 103.688 | B | Int./Div. | L | T | Buy | 06/09/15 | L | | |
| 73. -- Vulcan Materials Co. Sr. Notes 6.5% due 12/1/16 | A | Int./Div. | | | Sold | 04/16/15 | J | A | |
| 74. -- Wynn Las Vegas LLC/Wynn 1Mtg Note | A | Int./Div. | | | Buy | 01/06/15 | K | | |
| 75. -- same as above | | | | | Sold | 02/18/15 | K | A | |
| 76. -- J.P. Morgan Callable Yield Notes due 11/3/16 | B | Int./Div. | K | T | | | | | |
| 77. -- Schwab Advisor Cash Reserves -- Premier | A | Dividend | M | T | | | | | |
| 78. Manulife Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 79. Trust # 1 | | | | | | | | | |
| 80. -- Accenture Ltd. common | A | Dividend | K | T | | | | | |
| 81. -- Apache Corp. common | A | Dividend | J | T | | | | | |
| 82. -- Apple Computer common | A | Dividend | K | T | | | | | |
| 83. -- Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 84. -- Brookdale Sr. Living, Inc. common | | None | K | T | | | | | |
| 85. -- Caterpillar, Inc. common | B | Dividend | K | T | Sold (part) | 09/15/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -- Coca Cola Co. common | A | Dividend | K | T | | | | | |
| 87.   -- Corrections Corp. of America common | B | Dividend | K | T | | | | | |
| 88.   -- Duke Energy Corp. common | A | Dividend | K | T | | | | | |
| 89.   -- Exxon Mobil Corp. common | B | Dividend | K | T | | | | | |
| 90.   -- General Electric Co. common | A | Dividend | K | T | | | | | |
| 91.   --HCA Holdings, Inc. common | | None | K | T | | | | | |
| 92.   -- HCP Inc. common | B | Dividend | K | T | | | | | |
| 93.   -- Intel corp. common | A | Dividend | K | T | | | | | |
| 94.   -- Johnson & Johnson common | B | Dividend | K | T | | | | | |
| 95.   -- Kraft Heinz Co. common | | None | K | T | Buy | 12/03/15 | K | | |
| 96.   -- Level 3 Communications common | | None | K | T | | | | | |
| 97.   -- Lowes Companies common | A | Dividend | K | T | Sold (part) | 10/01/15 | J | D | |
| 98.   -- same as above | | | | | Sold (part) | 11/25/15 | J | C | |
| 99.   -- Microsoft Corp. common | A | Dividend | K | T | Buy | 10/15/15 | K | | |
| 100.  -- Philip Morris International, Inc. common | B | Dividend | K | T | | | | | |
| 101.  -- Roche Holdings common | A | Dividend | K | T | | | | | |
| 102.  -- Schlumberger Ltd. common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- United Parcel Service, Inc. class B common | B | Dividend | K | T | | | | | |
| 104.  -- United Technologies Corp. common | A | Dividend | K | T | | | | | |
| 105.  -- Verizon Communications common | A | Dividend | K | T | | | | | |
| 106.  --Wal-Mart Stores, Inc. common | A | Dividend | | | Sold | 11/02/15 | K | B | |
| 107.  -- Walt Disney Co. common | A | Dividend | K | T | | | | | |
| 108.  -- Wells Fargo & Co. common | D | Dividend | N | T | | | | | |
| 109.  -- Schwab Advisor Cash Reserves -- Sweep | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bryant, John S. | 10/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part VII, line 15 -- One hundred (100) shares of Google, Inc. were purchased on November 12, 2014, at a total price within Value Code M. This purchase was omitted from the 2014 report through inadvertence. No income was received from these shares in 2014. These shares were converted to Alphabet, Inc. Class C shares on October 2, 2015.

2.  Part VII, line 16 -- One hundred (100) shares of Amazon.com were purchased on January 30, 2014, at a total price within Value Code K. This purchase was omitted from the 2014 report through inadvertence. No income from these shares was received in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John S. Bryant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544